**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **KERWIN M. LAWRENCE. JR.** | * | **CIVIL ACTION NO.:** |
| | * | |
| **VERSUS** | * | **SECTION:** |
| | * | |
| **MELVIN C. FAIRLEY, JR.,** | * | **MAGISTRATE:** |
| **REINHART TRANSPORTATION, LLC AND** | * | |
| **ACE AMERICAN INSURANCE COMPANY** | * | **JURY TRIAL REQUESTED** |
| | * | |
| * * * * * * * * * * * | | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that Defendants, Melvin C. Fairley, Jr. Reinhart

Transportation, LLC and Ace American Insurance Company, hereby remove the case styled

"*Kerwin M. Lawrence, Jr. v. Melvin C. Fairley, Jr. Reinhart Transportation, LLC and Ace*

*American Insurance Company*," bearing civil action number 132087, Division E on the docket of

the 23RD Judicial District Court for the Parish of Ascension, State of Louisiana, to the United

States District Court for the Middle District of Louisiana on the following grounds:

**1.**

Diversity jurisdiction exists over this matter pursuant to 28 U.S.C. §1332. Therefore, this

matter is removable pursuant to 28 U.S.C. §1441(a).

**2.**

The citizenships of Plaintiff and Defendants are as follows:

A.   Plaintiff, Kerwin M. Lawrence, Jr., is domiciled in the Parish of St. Tammany, State of Louisiana (See, Exhibit A, Petition for Damages);

B.   Defendant, Melvin C. Fairley, Jr., is domiciled in the State of Mississippi (Exhibit A, State Court Record, Petition for Damages)

C.   Reinhart Transportation, LLC is a limited liability company domiciled in the State

of Wisconsin whose principal business office is located in Virginia (Exhibit B, Declaration of Michelle Benton and Exhibit C, Detailed Record of Louisiana Secretary of State). The Petition incorrectly identifies Reinhart Transportation, LLC as a Louisiana limited liability company domiciled in Ascension Parish, Louisiana.  There are two members of Reinhart Transportation, LLC:

(1) Performance Food Group, Inc., which is domiciled in the State of Colorado and whose principal business office is located in Virginia (See Exhibit B, Declaration of Michelle Benton, and Exhibit D, Detailed Record of Louisiana Secretary of State) and

(2) PFST Holding Co., which is domiciled in the State of Delaware (See, Exhibit E, State of Delaware, Department of State: Corporations Detail).

D.    Defendant, Ace American Insurance Company, is a foreign insurer domiciled in the State of Pennsylvania (See, Corporate Disclosure Statement).

**3.**

Other than the above Defendants, no other Defendants have been named or served in the present suit.  Therefore, no other parties must consent to effectuate removal.

**4.**

Defendant, Reinhart Transportation, LLC, was served on February 3, 2022 (See, Exhibit A, Return of Service of Reinhart Transportation, LLC). Accordingly, Reinhart Transportation, LLC's removal is being filed within 30-days of service and is timely pursuant to 28 U.S.C. §1446(b). Defendants, Melvin C. Fairley, Jr. and Ace American Insurance Company, hereby consent to removal.

**5.**

Copies of all pleadings from the state court proceeding are attached hereto and made a part hereof *in globo* as Exhibit "A."

**6.**

There were no contested motions or exceptions pending in state court at the time of removal.

**7.**

There were no funds being held by the registry of the state court for the benefit of the litigants at the time of removal.

**8.**

All attorneys involved in this case and the parties they represent are as follows:

| Attorneys | Parties |
|---|---|
| Suzette Bagneris<br>The Bagneris Firm, LLC<br>1929 Jackson Avenue<br>New Orleans, Louisiana 70113<br>Telephone: (504) 810-3995<br>Email: sbagneris@bagnerislawfirm.com | **Plaintiff** |
| Jeremy J. Pichon<br>Pichon Law Firm LLC<br>One Canal Place<br>365 Canal Street, Suite 1490<br>New Orleans, Louisiana 70130<br>Telephone: (504) 576-0440<br>Facsimile: (504) 576-0456<br>Email: jeremy@pichonlawfirm.com | **Plaintiff** |
| James C. Rather, Jr.<br>Michael B. Alker<br>ALKER & RATHER, LLC<br>4030 Lonesome Rd., Suite B<br>Mandeville, Louisiana 70448<br>Telephone: (985) 727-7501<br>Facsimile: (985) 727-7505<br>Email: jrather@alker-rather.com | **Defendants** |

**9.**

Undersigned counsel is admitted to practice before this Honorable Court.

**10.**

Upon information and belief, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

**11.**

In the Petition for Damages, plaintiff alleges he was injured in an August 10, 2020 motor

vehicle accident with a Reinhart Transportation, LLC vehicle being operated by Melvin C.

Fairley, Jr. Plaintiff seeks damages for:

> (S)erious and permanent physical injuries which have resulted in past,
> present and future mental and physical pain and suffering, disability, loss of
> enjoyment of life, loss of insurability, and loss of earnings and earning
> capacity, and has necessitated medical expenses, past and future, all of
> which entitle Petitioner to recovery of sums reasonable in the premises.
> (See, Exhibit A, ¶¶2 and 10).

**12.**

Plaintiff's Petition for Damages requests a trial by jury (See, Exhibit A, ¶12). The law in

effect for this action arising out of an August 10, 2020 motor vehicle accident limited jury trials

to cases where the amount in controversy exceeds $50,000.00.  See, La. C.C.P. art. 1732 (Note:

The reduction of the jury threshold to $10,000 did not take effect until January 1, 2021, after this

accident occurred). As such, at a minimum Plaintiff acknowledges the amount at controversy

exceeds $50,000.00, exclusive of interest and costs.

**13**.

Despite Defendants' best efforts to obtain additional facts about the nature and extent of

Plaintiff's injuries, Plaintiff has thus far not provided this information. However, available

information suggests Plaintiff is claiming "severe" spinal injuries as a result of this accident.

Before suit was filed, Plaintiff's former counsel advised Defendants' representatives his client

had undergone cervical and lumbar MRIs.   On August 24, 2020, Plaintiff's counsel sent

correspondence to Defendants' representatives stating his client was "severely injured" in this

accident (See Exhibit F, Correspondence from Counsel). Among other things, counsel's letter

requested information about "each and every liability insurance policy applicable to this

vehicle," a commercial tractor trailer, suggesting counsel was inquiring about liability and any excess insurance policies covering this commercial tractor trailer.

**14.**

On February 8, 2022, undersigned emailed Plaintiffs' counsel asking for information about their clients' injuries, and specifically whether his damages exceed $75,000.00, exclusive of interest and costs (See, Exhibit G).   On February 11, 2022, undersigned spoke with one of Plaintiff's attorneys, Mr. Emile Bagneris, who advised that his co-counsel would have more knowledge about their client's injuries, but he understood the injuries to be "serious." (See, Exhibit H).   Having received no further information about the amount in controversy, undersigned emailed counsel on February 17, 2022 again asking for information about Plaintiff's injuries and damages. (See, Exhibit I).   That same day, Plaintiff's counsel responded stating: "We are awaiting receipt of the most up to date medical records and billing statements. We will send them to you with a narrative upon receipt."  (See, Exhibit J).   No medical records or billing statements have been received as of the date of this Removal, no additional information has been received about Plaintiff's specific injuries, nor has Plaintiff's counsel taken issue with undersigned's correspondence documenting their representations that Plaintiff's injuries are "serious." Jury verdicts in cases involving serious and severe spinal injuries routinely exceed $75,000.00. See generally, Hale v. Wood Group PSN, Inc., 2018 WL 4609453 (W.D. La. 9/25/18), affirmed, 769 Fed. Appx. 113 (5th Cir. 4/22/19); Gaspard v. Southern Farm Bureau Cas. Ins., 2013-0800 (La. App. 1 Cir 9/24/14), 155 So.3d 24.

**15.**

In compliance with 28 U.S.C. § 1446(d), Defendants hereby certify that this Notice of Removal is being served contemporaneously herewith to the adverse party and to the Clerk of

Court for Ascension Parish, State of Louisiana.

**16.**

Upon information and belief, Plaintiff filed suit in a State Court of improper venue.

**17.**

Upon information and belief, Plaintiff's claims are prescribed. Defendants reserve the right to file a Motion to Dismiss on the basis of prescription at the appropriate time.

**WHEREFORE,** Defendants, Melvin C. Fairley, Jr. Reinhart Transportation, LLC and Ace American Insurance Company, pray that this cause be removed from the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana, to this Honorable Court to proceed thereafter in the United States District Court for the Middle District of Louisiana.

Respectfully submitted,

*s/ James C. Rather, Jr, T.A.*
JAMES C. RATHER, JR. (#25839)
MICHAEL B. ALKER (#24275)
ALKER & RATHER, LLC
4030 Lonesome Road, Suite B
Mandeville, LA 70448
Telephone: (985) 727-7501
Fax No.: (985) 727-7505
Email:  jrather@alker-rather.com
**Attorneys for Melvin C. Fairley, Jr. Reinhart Transportation, LLC and Ace American Insurance Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served via email and the Court's CM/ECF system to all counsel of record, this day of March 1, 2022.

/s/ *James C. Rather, Jr.*
JAMES C. RATHER, JR.