# EXHIBIT A

Case 3:22-cv-00144-SDD-SDJ   Document 1-2   03/01/22   Page 1 of 15

08/13/21 15:46:46 NATALIE
Case 3:22-cv-00144-SDD-SDJ   Document 1-2   03/01/22   Page 2 of 15

Received and Filed
Bridget Hanna
Clerk of Court
8/5/2021 6:42 PM
By: June Julien
Ascension Parish, LA

## 23rd JUDICIAL DISTRICT COURT FOR THE PARISH OF ASCENSION

## STATE OF LOUISIANA

NO. 132087                                            DIVISION " "

### KERWIN M. LAWRENCE, JR.

### VERSUS

### MELVIN C. FAIRLEY, JR., REINHART TRANSPORTATION, LLC, and ACE AMERICAN INSURANCE

DIVISION E

FILED: _____   _____
                                    DEPUTY CLERK

### PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Petitioner **KERWIN M. LAWRENCE, JR.**, a person of the full age of majority, domiciled in the Parish of St. Tammany, State of Louisiana, who respectfully represents:

### DEFENDANTS

1.

Made Defendants herein are the following:

A. **MELVIN C. FAIRLEY, JR.,** a person of the full age of majority, domiciled in Harrison Mississippi, having a municipal address of 14001 Three Rivers Road, Gulfport, Mississippi 39503, who upon information was the driver of the 18-wheeler involved in the subject accident;

B. **REINHART TRANSPORTATION, LLC,** a domestic limited liability company, domiciled in Ascension Parish, Louisiana, and having its domicile address at 16440 Chris Drive, Prairieville, Louisiana 70769, who upon information and belief was at all times relevant hereto the employer of Defendant Driver Melvin Fairley, Jr., and the owner of the 18-wheeler involved in the subject accident; and

C. **ACE AMERICAN INSURANCE COMPANY,** a foreign insurance company, domiciled in the State of Pennsylvania, which upon information insured the 18-wheeler involved in the subject accident, at the time of the accident sued upon.

Defendants are all indebted to the Petitioner as set forth in the following enumerated paragraphs.

2.

Defendants are liable, jointly, severally, and *in solido*, unto Petitioner, in a full and true sum to be determined by this Honorable Court, together with interest from the date of judicial demand and for all costs of these proceedings for such damages as are reasonable in the premises, including, but not limited to, property damages; past, present and future pain and suffering; past, present and future emotional distress; past, present and future loss of enjoyment of life; past, present and future economic losses; loss of consortium; and permanent disability to

the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

## VENUE

3.

Venue is proper in Ascension Parish because the Defendant trucking company, **REINHART TRANSPORTATION, LLC,** is domiciled and has its registered office in Ascension Parish.

## JURISDICTION

4.

Jurisdiction is proper in Ascension Parish because it is the parish where the Defendant trucking company, **REINHART TRANSPORTATION, LLC,** is domiciled and has its registered office. La. Const., art. V, § 16(A) and La. C.C.P. arts. 42(1), 73(A) and 76.

## FACTUAL ALLEGATIONS

5.

On or about August 10, 2020, Petitioner **KERWIN M. LAWRENCE, JR.** was operating his 2019 Nissan Altima eastbound on Fremaux Avenue in the right travel lane near the intersection of Tenth Street, when suddenly and without warning, an 18-wheeler with a trailer [2015 Freightline Cascadia 11], operated by Defendant **MELVIN C. FAIRLEY, JR.**, heading eastbound on Fremaux Avenue in the left travel lane, changed lanes into the right travel lane, and side-swiped Petitioner's vehicle. The 18-wheeler crashed into the driver's side of Petitioner's vehicle. Petitioner's vehicle almost got caught under the trailer of the 18-wheeler, but Petitioner was able to drive onto the curb to avoid being crushed by the trailer. The foregoing event caused the injuries of which your Petitioner, **KERWIN M. LAWRENCE, JR.,** now complains.

6.

Officer Charles Coleman of the Slidell Police Department investigated the accident. He found the Defendant **MELVIN C. FAIRLEY, JR.** at fault for causing the accident, and cited him for failure to yield.

## ALLEGATIONS OF FAULT

7.

The sole and proximate cause of this accident was the negligence of Defendants **MELVIN C. FAIRLEY, JR.** in the following non-exclusive particulars:

A. Failure to yield the right of way;

B. Failure to see what he should have seen;

C. Failure to keep the vehicle under control;

D. Improper lane usage;

E. Operating the vehicle in a reckless and unsafe manner;

F. Gross negligence;

G. Violations of pertinent state, federal, and local traffic statutes and/or parish traffic ordinances; and

H. Other acts of fault and/or negligence which may be discovered prior to the trial of this matter.

## **RESPONDEAT SUPERIOR**

8.

At all times material times herein mentioned, and particularly on August 10, 2020, Defendant **MELVIN C. FAIRLEY, JR.**, was, upon information and belief, acting in furtherance of and in the course and scope of his employment as an employee and/or an agent of Defendant **REINHART TRANSPORTATION, LLC**. As such, Defendant **REINHART** is vicariously liable for his negligence.

9.

As a result of the foregoing, and as per applicable Louisiana law, Defendant **REINHART TRANSPORTATION, LLC** is liable to the Petitioner in the following non-exclusive particulars, under the Doctrine of Respondeat Superior:

A. Negligent entrustment;

B. Negligent hiring;

C. Negligent training;

D. Negligent supervision;

E. Principal and agent;

F. Permissive use;

G. Vehicle owner with responsibility for maintenance and upkeep; and

H. Master-servant doctrines,

As such, **REINHART TRANSPORTATION, LLC** is a proper party-defendant and is responsible for the negligence and/or liability attributed to Defendant **MELVIN C. FAIRLEY, JR.**

## DAMAGES

10.

As a result of the above-described collision, Petitioner **MELVIN C. FAIRLEY, JR.** suffered serious and permanent physical injuries which have resulted in past, present and future mental and physical pain and suffering, disability, loss of enjoyment of life, loss of insurability, and loss of earnings and earning capacity, and has necessitated medical expenses, past and future, all of which entitle Petitioner to recovery of sums reasonable in the premises.

## INSURANCE

11.

At all times pertinent herein, and more particularly on or about August 10, 2021, Defendant **ACE AMERICAN INSURANCE COMPANY**, had in full force and effect a policy of liability insurance which afforded Liability Coverage to Defendant **REINHART TRANSPORTATION, LLC**, and/or Defendant **MELVIN C. FAIRLEY, JR.**, for claims of the nature herein asserted. Petitioner is entitled to and does hereby assert said claims directly against Defendant **ACE AMERICAN INSURANCE COMPANY**, pursuant to the provisions of L.S.A.-R.S. 22:655 (Louisiana Direct Action Statute).

## JURY TRIAL REQUEST

12.

Petitioner **KERWIN M. LAWRENCE, JR.** requests a trial by jury.

**WHEREFORE**, Petitioner **KERWIN M. LAWRENCE, JR.** prays that a certified copy of this petition be served upon Defendants **MELVIN C. FAIRLEY, JR., REINHART TRANSPORTATION, LLC**, and **ACE AMERICAN INSURANCE COMPANY**, and that after due proceedings had, there be judgment rendered herein in favor of **KERWIN M. LAWRENCE, JR.**, and against Defendants, jointly, severally, and in solido, in an amount reasonable in the premises, together with legal interest from the date of judicial demand until paid, all costs of these proceedings and all other just and equitable relief.

Respectfully Submitted:

*Jeremy J. Pichon*                                              *Suzette P. Bagneris*

---

Jeremy J. Pichon (LSBA No. 32218)
**PICHON LAW FIRM, LLC**
One Canal Place
365 Canal Street, Suite 1490
New Orleans, Louisiana 70130
Telephone: (504) 576-0440
Facsimile: (504) 576-0456
Email: jeremy@PICHONLAWFIRM.COM
*Attorney for Plaintiff*

Suzette P. Bagneris (LSBA No. 22241)
Emile A. Bagneris (LSBA No. 22240)
**THE BAGNERIS FIRM, LLC**
2714 Canal Street, Suite 403
New Orleans, Louisiana 70119
Telephone: (504) 810-3995
Facsimile: (504) 336-2198
Email: sbagneris@bagnerislawfirm.com
*Attorneys for Plaintiff*

**PLEASE SERVE:**

**MELVIN C. FAIRLY, JR.**
(via Louisiana Long Arm)

**REINHART TRANSPORTATION, LLC,**
Through its registered agent for service of process:
Christopher F. Reinhart
16440 Chris Drive
Prairieville, Louisiana 70769

**ACE AMERICAN INSURANCE COMPANY,**
Through its registered agent for service of process:
Louisiana Secretary of State
Baton Rouge, Louisiana 70809

# CITATION

| | |
|---|---|
| KERWIN M LAWRENCE JR | 23RD JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF ASCENSION |
| MELVIN C FAIRLEY JR et al | STATE OF LOUISIANA |

DOCKET NUMBER: 00132087E

**SERVE:** REINHART TRANSPORTATION LLC
      THRU AGENT CHRISTOPHER F REINHART
      16440 CHRIS DR
      PRAIRIEVILLE, LA.  70769

PARISH OF ASCENSION

You are hereby summoned to comply with the demand contained in the Petition* of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 23rd Judicial District Court in and for the Parish of Ascension, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney BAGNERIS, SUZETTE PE and was issued by the Clerk of Court on the 13TH day of AUGUST, 2021.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

****************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
****************************************************************************

---

## SHERIFF'S RETURN

Received on the _____ day of _____ ,20___ and on the _____ day of _____ , 20 ___ served the above named party as follows:
DATE SERVICE ATTEMPTED:_____   TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____   TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____   TIME SERVICE ATTEMPTED:_____AM/PM
TYPE OF SERVICE:
___ PERSONAL _____
___ DOMICILIARY _____
ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
___ MOVED (NEW ADDRESS)_____   ___ MOVED, ADDRESS UNKNOWN
___ NOT KNOWN AT THIS ADDRESS                    ___ UNABLE TO LOCATE
___ POST OFFICE HAS NO ADDRESS                   ___ DISTRICT ATTORNEY RECALLED
___ THIS ADDRESS NOT IN OUR PARISH               ___ NOT SERVED IN TIME FOR
___ HOLD-REQUEST OF _____                  COURT DATE/PAST COURT
___ IN ARMED FORCES                              ___ HOSPITALIZED/DECEASED
___ RECEIVED TOO LATE FOR SERVICE
___ COMMENTS OR OTHER REASONS FOR NOT SERVING _____

_____

RETURNED: PARISH OF _____ this ___ day of _____ , 20 ___ .

SERVICE:   $ _____                          BY: _____
MILEAGE:   $ _____                               DEPUTY SHERIFF
TOTAL:     $ _____
                                                                                           0014

**CITATION**   PLEASE RETURN TO
CLERK OF COURT

| | |
|---|---|
| KERWIN M LAWRENCE JR | 23RD JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF ASCENSION |
| MELVIN C FAIRLEY JR et al | STATE OF LOUISIANA |

DOCKET NUMBER: 00132087E

**SERVE:** ACE AMERICAN INSURANCE COMPANY
        THRU AGENT LOUISIANA SECRETARY OF STATE
        8585 ARCHIVES AVE
        BATON ROUGE, LA. 70809

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition* of which a true and correct copy accompanies this citation, or make an appearance either by filing a pleading or otherwise, in the 23rd Judicial District Court in and for the Parish of Ascension, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney BAGNERIS, SUZETTE PE and was issued by the Clerk of Court on the 13TH day of AUGUST, 2021.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

***************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
***************************************************************

---

**SHERIFF'S RETURN**

Received on the _____ day of _____ ,20___ and on the _____ day of _____, 20___ served the above named party as follows:
DATE SERVICE ATTEMPTED:_____  TIME SERVICE ATTEMPTED:_____ AM/PM
DATE SERVICE ATTEMPTED:_____  TIME SERVICE ATTEMPTED:_____ AM/PM
DATE SERVICE ATTEMPTED:_____  TIME SERVICE ATTEMPTED:_____ AM/PM
TYPE OF SERVICE:
____ PERSONAL _____
____ DOMICILIARY_____
     ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
____ MOVED (NEW ADDRESS)_____      ____ MOVED, ADDRESS UNKNOWN
____ NOT KNOWN AT THIS ADDRESS                   ____ UNABLE TO LOCATE
____ POST OFFICE HAS NO ADDRESS                  ____ DISTRICT ATTORNEY RECALLED
____ THIS ADDRESS NOT IN OUR PARISH              ____ NOT SERVED IN TIME FOR
____ HOLD-REQUEST OF _____            COURT DATE/PAST COURT
____ IN ARMED FORCES                             ____ HOSPITALIZED/DECEASED
____ RECEIVED TOO LATE FOR SERVICE
____ COMMENTS OR OTHER REASONS FOR NOT SERVING _____

RETURNED: PARISH OF _____ this ____ day of _____ , 20 ____ .

SERVICE:  $ _____           BY: _____
MILEAGE:  $ _____                    DEPUTY SHERIFF
TOTAL:    $ _____
                                                              0017

# CITATION
(LONG ARM LSA R.S. 13:3201 et seq.)

| | |
|---|---|
| KERWIN M LAWRENCE JR | 23RD JUDICIAL DISTRICT COURT |
| VERSUS | PARISH OF ASCENSION |
| MELVIN C FAIRLEY JR et al | STATE OF LOUISIANA |

DOCKET NUMBER: 00132087E

TO:   **MELVIN C FAIRLY JR**

**YOU HAVE BEEN SUED.**

   Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.

   You must EITHER do what the petition asks in accordance with LAS R.S. 13:3201 et seq. OR you must file an answer or other legal pleading within thirty (30) days in the office of the Clerk of this Court at the Courthouse Building in Donaldsonville or Gonzales, Louisiana.

   If you do not do what the petition asks, or if you do not file an answer or legal pleading, a judgment may be entered against you without further notice.

This service was ordered by Attorney BAGNERIS, SUZETTE PE and was issued by the Clerk of Court on the 13TH day of AUGUST, 2021.

                                     _____
                                     Deputy Clerk of Court for
                                     Bridget Hanna, Clerk of Court


****************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
****************************************************************************

0021

PLEASE RETURN TO
CLERK OF COURT

# CITATION

KERWIN M LAWRENCE JR

VERSUS

MELVIN C FAIRLEY JR et al

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00132087E

**SERVE: REINHART TRANSPORTATION LLC**
THRU AGENT CHRISTOPHER F REINHART
16440 CHRIS DR
PRAIRIEVILLE, LA. 70769

PARISH OF ASCENSION

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney BAGNERIS, SUZETTE PE and was
issued by the Clerk of Court on the 13TH day of AUGUST, 2021.

_____
Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

RETURNED
AUG 19 2021

***************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
***************************************************************

---

## SHERIFF'S RETURN

Received on the _____ day of _____, 20___ and on the _____ day
of _____, 20___ served the above named party as follows:
DATE SERVICE ATTEMPTED: _____ TIME SERVICE ATTEMPTED: _____ AM/PM
DATE SERVICE ATTEMPTED: _____
DATE SERVICE ATTEMPTED: _____
TYPE OF SERVICE:
____ PERSONAL
____ DOMICILIARY _____
ADDRESS OF ATTEMPTED SERVICE/EXEC
REASON FOR NON-SERVICE:
____ MOVED (NEW ADDRESS) _____
____ NOT KNOWN AT THIS ADDRESS
____ POST OFFICE HAS NO ADDRESS
____ THIS ADDRESS NOT IN OUR PARISH
____ HOLD-REQUEST OF _____
____ IN ARMED FORCES
____ RECEIVED TOO LATE FOR SERVICE
____ COMMENTS OR OTHER REASONS FOR NOT SERVING VACANT RESIDENCE
8-17-21 0915

(03)132087 - 1.00                    INT: ___
No Service on
REINHART TRANSPORTATION LLC THRU
CHRISTOPHER F REINHART at
16440 Chris DR, PRAIRIEVILLE
Return Date & Time: 8/17/2021 9:15:00AM
VACANT RESIDENCE
2338 - SGT GREG TAYLOR, Ascension Parish
Deputy

RETURNED: PARISH OF _____ this ___ day of _____, 20___

SERVICE:  $ _____
MILEAGE:  $ _____                BY: _____
TOTAL:    $ _____                      DEPUTY SHERIFF

0014

# BOBBY WEBRE
## SHERIFF & EX-OFFICIO TAX COLLECTOR ASCENSION PARISH

CLERK OF COURT ASCENSION PARISH
P O BOX 192

**DISTRICT COURT**
FOR THE PARISH OF ASCENSION

DONALDSONVILLE, LA 70346

8/18/2021

| Case: (03) 132087 | KERWIN M LAWRENCE JR vs MELVIN C FAIRLEY JR ET AL | |
|---|---|---|

| | Nbr | Date | Service Type | Charges |
|---|---|---|---|---|
| | 1 | 08/16/2021 | Citation | $0.00 |
| | | | REINHART TRANSPORTATION LLC THRU CHRISTOPHER F REINHART; 16440 Chris | |
| | | **Date of Disposition:** 08/17/2021 **Disposition Type:** RTC | | |
| | | VACANT RESIDENCE | | |
| C | | | | |
| | 1 | 08/16/2021 | Mileage Charge | $25.65 |
| | | **Date of Disposition:** **Disposition Type:** | | |

| | Case Total: | $25.65 |
|---|---|---|
| **Total:** | | **$25.65** |

Please make check payable to:
BOBBY WEBRE, SHERIFF &
EX-OFFICIO TAX COLLECTOR
13200 AIRLINE HIGHWAY
GONZALES, LA 70737

RETAIN FOR YOUR RECORDS

CITATION

PLEASE RETURN TO
CLERK OF COURT

KERWIN M LAWRENCE JR

VERSUS

MELVIN C FAIRLEY JR et al

23RD JUDICIAL DISTRICT COURT

PARISH OF ASCENSION

STATE OF LOUISIANA

DOCKET NUMBER: 00132087E

**SERVE: ACE AMERICAN INSURANCE COMPANY**
THRU AGENT LOUISIANA SECRETARY OF STATE
8585 ARCHIVES AVE
BATON ROUGE, LA.  70809


RETURNED
AUG 25 2021

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within fifteen (15) days after the service hereof, under penalty of default.

This service was ordered by Attorney BAGNERIS, SUZETTE PE and was
issued by the Clerk of Court on the 13TH day of AUGUST, 2021.

Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

RECEIVED
AUG 7 2021
E.B.R. SHERIFF'S OFFICE

I made service on the within named
Office of the Secretary of State
AUG 18 2021
by tendering a copy of this document to:
JULIE NESBITT
BY E. CUMMINS #1155
East Baton Rouge, Louisiana
Deputy, Parish of East

***********************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
***********************************************************************

---

**SHERIFF'S RETURN**

Received on the _____ day of _____ ,20___ and on the _____ day
of _____ , 20 ___ served the above named party as follows:
DATE SERVICE ATTEMPTED: _____    TIME SERVICE ATTEMPTED: _____ AM/PM
DATE SERVICE ATTEMPTED: _____    TIME SERVICE ATTEMPTED: _____ AM/PM
DATE SERVICE ATTEMPTED: _____    TIME SERVICE ATTEMPTED: _____ AM/PM
TYPE OF SERVICE:
___ PERSONAL
___ DOMICILIARY
___ ADDRESS OF ATTEMPTED SERVICE/EXECUTION
REASON FOR NON-SERVICE:
___ MOVED (NEW ADDRESS) _____       ___ MOVED, ADDRESS UNKNOWN
___ NOT KNOWN AT THIS ADDRESS            ___ UNABLE TO LOCATE
___ POST OFFICE HAS NO ADDRESS           ___ DISTRICT ATTORNEY RECALLED
___ THIS ADDRESS NOT IN OUR PARISH       ___ NOT SERVED IN TIME FOR
___ HOLD-REQUEST OF _____               COURT DATE/PAST COURT
___ IN ARMED FORCES                      ___ HOSPITALIZED/DECEASED
___ RECEIVED TOO LATE FOR SERVICE
___ COMMENTS OR OTHER REASONS FOR NOT SERVING _____

RETURNED: PARISH OF _____ this ___ day of _____ , 20 ___ .

SERVICE:   $ _____          BY: _____
MILEAGE:   $ _____                 DEPUTY SHERIFF
TOTAL:     $ _____

0017



# PICHON LAW FIRM
A PROFESSIONAL LAW CORPORATION

365 CANAL STREET, SUITE 1490
NEW ORLEANS, LOUISIANA 70130

TELEPHONE: (504) 576-0440
FAX: (504) 576-0456

WRITER'S EMAIL ADDRESS:
jeremy@pichonlawfirm.com

January 27, 2022

**Via US Mail:**
Ascension Parish Clerk of Court
300 Houmas Street
Donaldsonville, LA 70346

      RE:    Lawrence v. Melvin Fairly Jr., et al
              23rd JDC, Case No. 132087

Dear Clerk:

Please re-issue service in the above-referenced matter with an attached copy of the original Petition for Damages to the following address:

**Reinhart Transportation, LLC**
Through registered agent:
National Registered Agents, Inc.
3867 Plaza Tower Dr.
Baton Rouge, LA 70816

Enclosed please find check numbers 2420 and 2421 for costs. Please contact our office with any questions or concerns.

Sincerely,

Andrea Voran Coonce
*Paralegal to Jeremy J. Pichon*

/avc
Enclosure

## CITATION

KERWIN M LAWRENCE JR                    23RD JUDICIAL DISTRICT COURT

VERSUS                                  PARISH OF ASCENSION

MELVIN C FAIRLEY JR et al               STATE OF LOUISIANA


DOCKET NUMBER: 00132087E

**SERVE:** REINHART TRANSPORTATION, LLC
  THROUGH REGISTERED AGENT: NATIONAL REGISTERED AGENTS, INC
  3867 PLAZA TOWER DR
  BATON ROUGE, LA.   70816


PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within twenty-one (21) days after the service hereof, under penalty of
default.

This service was ordered by Attorney BAGNERIS, SUZETTE PE and was
issued by the Clerk of Court on the 31ST day of JANUARY, 2022.

```
                            _____
                            Deputy Clerk of Court for
                            Bridget Hanna, Clerk of Court
```

```
****************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
****************************************************************
```

---

### SHERIFF'S RETURN

Received on the _____ day of _____ ,20___ and on the _____ day
of _____ , 20 ___  served the above named party as follows:
DATE SERVICE ATTEMPTED:_____   TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____   TIME SERVICE ATTEMPTED:_____AM/PM
DATE SERVICE ATTEMPTED:_____   TIME SERVICE ATTEMPTED:_____AM/PM
TYPE OF SERVICE:
  ___ PERSONAL _____
  ___ DOMICILIARY _____
  ___ ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____
REASON FOR NON-SERVICE:
  ___ MOVED (NEW ADDRESS)_____   ___ MOVED, ADDRESS UNKNOWN
  ___ NOT KNOWN AT THIS ADDRESS                  ___ UNABLE TO LOCATE
  ___ POST OFFICE HAS NO ADDRESS                 ___ DISTRICT ATTORNEY RECALLED
  ___ THIS ADDRESS NOT IN OUR PARISH             ___ NOT SERVED IN TIME FOR
  ___ HOLD-REQUEST OF _____       COURT DATE/PAST COURT
  ___ IN ARMED FORCES                            ___ HOSPITALIZED/DECEASED
  ___ RECEIVED TOO LATE FOR SERVICE
  ___ COMMENTS OR OTHER REASONS FOR NOT SERVING _____
  _____

RETURNED: PARISH OF _____ this ___ day of _____, 20 ___ .


SERVICE:   $ _____                    BY: _____
MILEAGE:   $ _____                        DEPUTY SHERIFF
TOTAL:     $ _____
                                                             0029

## CITATION

KERWIN M LAWRENCE JR

23RD JUDICIAL DISTRICT COURT

VERSUS

PARISH OF ASCENSION

MELVIN C FAIRLEY JR et al      PLEASE RETURN TO     STATE OF LOUISIANA
                               CLERK OF COURT

DOCKET NUMBER: 00132087E

**SERVE: REINHART TRANSPORTATION, LLC**
    THROUGH REGISTERED AGENT: NATIONAL REGISTERED AGENTS, INC
    3867 PLAZA TOWER DR
    BATON ROUGE, LA.  70816

PARISH OF EAST BATON ROUGE

You are hereby summoned to comply with the demand contained in the Petition*
of which a true and correct copy accompanies this citation, or make an
appearance either by filing a pleading or otherwise, in the 23rd Judicial
District Court in and for the Parish of Ascension, State of Louisiana,
within twenty-one (21) days after the service hereof, under penalty of
default.

This service was ordered by Attorney BAGNERIS, SUZETTE PE and was
issued by the Clerk of Court on the 31ST day of JANUARY, 2022.

I made service on the named party through the

☑ CT Corp       GIAM

☐ LA Corp & Registered Agent Services

RECEIVED
FEB 03 2022

by tendering a copy of this document to  FEB 02 2021
☐ Jeannine Beauregard   ☐ Abby Sarmiento
☑ Ashley Minvielle      ☐ Allison Reed SHERIFF'S OFFICE

**DEPUTY MIKE TURNER**
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

Deputy Clerk of Court for
Bridget Hanna, Clerk of Court

**************************************************************************
LEGAL ASSISTANCE IS ADVISABLE AND YOU SHOULD CONTACT A LAWYER IMMEDIATELY.
COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE.
**************************************************************************

---

### SHERIFF'S RETURN

Received on the _____ day of _____, 20___ and on the _____ day
of _____, 20___ served the above named party as follows:

DATE SERVICE ATTEMPTED: _____  TIME SERVICE ATTEMPTED: _____ AM/PM
DATE SERVICE ATTEMPTED: _____  TIME SERVICE ATTEMPTED: _____ AM/PM
DATE SERVICE ATTEMPTED: _____  TIME SERVICE ATTEMPTED: _____ AM/PM

TYPE OF SERVICE:
____ PERSONAL _____
____ DOMICILIARY _____
____ ADDRESS OF ATTEMPTED SERVICE/EXECUTION _____

REASON FOR NON-SERVICE:
____ MOVED (NEW ADDRESS) _____      ____ MOVED, ADDRESS UNKNOWN
____ NOT KNOWN AT THIS ADDRESS                     ____ UNABLE TO LOCATE
____ POST OFFICE HAS NO ADDRESS                    ____ DISTRICT ATTORNEY RECALLED
____ THIS ADDRESS NOT IN OUR PARISH                ____ NOT SERVED IN TIME FOR
____ HOLD-REQUEST OF _____             COURT DATE/PAST COURT
____ IN ARMED FORCES                               ____ HOSPITALIZED/DECEASED
____ RECEIVED TOO LATE FOR SERVICE
____ COMMENTS OR OTHER REASONS FOR NOT SERVING _____

_____

RETURNED: PARISH OF _____ this ____ day of _____, 20 ____.

SERVICE:  $ _____                    BY: _____
MILEAGE:  $ _____                              DEPUTY SHERIFF
TOTAL:    $ _____

                                                                    0029